## Return Receipt

| | |
|---|---|
| Your message: | Fw: Your Case No. 16-1025M; Our Case No: B-16-MJ-1103 USA v. Hema Patel |
| was received by: | Lisa Lundy/NYED/02/USCOURTS |
| at: | 11/22/2016 04:59:27 PM EST |